UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARL W. GOODMAN, JR.,

Plaintiff,

v.

DIEGO GONZALEZ, *et al.*,

Defendants.

Case No. 1:26-cv-08742-CDB (PC)

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA

(Doc. 1)

Plaintiff Carl W. Goodman, Jr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action with the filing of a complaint and request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2). Plaintiff alleges that Defendants Diego Gonzalez, deputy sheriff at Stanislaus County Sheriff's Department, and Lilly, deputy sheriff at Stanislaus Public Safety Center ("Defendants"), violated his civil rights. *See* (Doc. 1 at 2-12). Plaintiff asserts that the underlying events occurred at Stanislaus County Public Safety Center in Modesto, California, which is in Stanislaus County. *Id.* at 1.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may be transferred on the Court's own motion to the proper division of the Court. E.D. Cal. L.R. 120(f). In this case, Plaintiff's claims arose and the underlying events occurred at Stanislaus County Public Safety Center, located in the city of Modesto, which is in Stanislaus

County. *See* (Doc. 1). The named Defendants are alleged employees of Stanislaus County Sheriff's Department and Stanislaus Public Safety Center, both of which are Stanislaus County. *Id.* Stanislaus County is located in the Sacramento Division of the Eastern District of California. *See* E.D. L.R. 120(d); 28 U.S.C. § 84(b). Therefore, the Court finds that the interests of justice will be better served by transferring this case to the Sacramento Division of the Court. *See* 28 U.S.C. § 1404(a). Thus, Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) will not be addressed until after this action is reassigned to a magistrate judge of the Sacramento Division.

**<u>Conclusion and Order</u>**

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

All future filings shall reference the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE